U.S.C. § 867 (2012), shall apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0409/AF. U.S. v. Stephan H. Claxton. CCA 38188. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0487/AR. U.S. v. Cecil Saddler, Jr. CCA 20110676. On consideration of Appellant's motion for suspension of rule, which this Court construes as a motion to file a petition for reconsideration out of time, and the supplement for reconsideration, which this Court construes as a petition for reconsideration, it is ordered that said motion is hereby granted, and said petition for reconsideration is hereby denied.

Tuesday, September 16, 2014

No. 14–0114/NA. U.S. v. Justin H. McMurrin. CCA 200900475. Appellant's motion for leave to file a second petition for reconsideration is denied.

Wednesday, September 17, 2014

Misc. No. 15–8001/AR. Randy Hernandez, Appellant v. Colonel Gregory Gross, Military Judge, United States Army, and United States, Appellees. CCA 20140293. Notice is hereby given that a writ-appeal petition for review of the United States Army Court of Criminal Appeals decision on application for extraordinary relief was filed under Rule 27(b).

Thursday, September 18, 2014

No. 14–6010/AF. United States, Appellant and Cross–Appellee v. Aaron M. Buford, Appellee and Cross–Appellant. CCA 2013–26. On consideration of the cross-petition for grant of review of the decision of the United States Air Force Court of